BEFORE THE THIRD DIVISION, MAY 20, 1952

No. 56707.—B. B. Dorf & Co., Inc. v. United States, protests 533730–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

No. 56708.—Federal Wine & Liquor Co. et al. v. United States, protests 974987–G, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56709.— Chelsea Lamp & Shade Co., Inc., et al. v. United States, protests 178155–K (A), etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MAY 20, 1952

No. 56710.—Perry Ryer & Co. v. United States, protest 154879–K.— —C. D. 1403. Motion of Government for rehearing denied.

BEFORE THE FIRST DIVISION, MAY 27, 1952

No. 56711.—Buegeleisen & Jacobson, Inc., et al. v. United States, protests 181275–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 56712.—Empire Fashion Jewelry et al. v. United States, protests 181463–K, etc. (New York).

Opinion by OLIVER, C. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.